IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case. No. 25-MJ-331 |
| | * | |
| **JEREMY WAYNE SHOEMAKER** | * | |

**PETITION FOR WRIT OF HABEAS CORPUS**

      COMES NOW the undersigned Assistant United States Attorney, who respectfully petitions this Honorable Court for the issuance of a Writ of Habeas Corpus [**X**] *Ad Prosequendum* [ ] *Ad Testificandum*, as an exigency exists necessitating Detainee's presence for proceedings in the Southern District of Alabama.

Full Name of Detainee: **JEREMY WAYNE SHOEMAKER**
Presently Detained at/Custodian: **CLARKE COUNTY JAIL, GROVE HILL, AL**
[**X**] Detainee charged in this District, with **18 USC § 875(c)** by: **COMPLAINT**; or
[ ] Detainee is a witness not otherwise available by ordinary process.
[**X**] Detainee will be retained in federal custody from initial appearance through final disposition of federal charges, and then will be returned to the custody of the detaining facility to resume the sentence currently being served; or
[ ] Detainee will return to the custody of detaining facility upon termination of proceedings.

Detainee's initial appearance in this District is scheduled for: _____ **at** _____, **Courtroom** \_\_\_\_\_; **United States District Court, 155 St. Joseph St., Mobile, Alabama 36602.**

                                        SEAN P. COSTELLO
                                        UNITED STATES ATTORNEY
                                        by:
                                            */s/ S. Gaillard Ladd, Jr.*
                                            S. Gaillard Ladd, Jr.
                                            Assistant United States Attorney
                                            United States Attorney's Office

**WRIT OF HABEAS CORPUS**

      The above Petition is **GRANTED**. The above-named custodian of the detaining facility and the United States Marshal for this District are **ORDERED** to produce Detainee in this District, as petitioned above, and to return Detainee to said custodian upon the conclusion of said proceedings.

Date: _____                                    _____
                                                              United States Magistrate Judge